```
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.   #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 23 2003
at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

LODGED
SEP 19 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 03-0654-02,03 KSC |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TAKASHI SAITO,           (01) | ) | |
| MASAMI NISHIMURA, and    (02) | ) | |
| HIDEKI KASAHARA,         (03) | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR DISMISSAL

The United States hereby moves to dismiss Co-Defendants, MASAMI NISHIMURA and HIDEKI KASAHARA, named in the Criminal Complaint filed herein on August 27, 2003, in the

//
//
//
//

above-entitled matter, in the interest of justice.

DATED: Honolulu, Hawaii, September 19, 2003.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

IT IS SO ORDERED:

**BARRY M. KURREN**
BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

United States v. Takashi Saito, et al.
Mag. No. 03-0654-02,03 KSC
"Order for Dismissal"